UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

ALAN ROY RYAN						Case No. 09-12053-WSS-7

Debtor(s).

## TRUSTEE'S OBJECTION TO EXEMPTIONS AND
## MOTION TO LIMIT DEBTOR'S EXEMPTIONS

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Standing Order, the Court will consider this objection without further notice or hearing unless a party in interest files a written objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, Alabama, 36602, and serve a copy on the movant, Lynn Harwell Andrews, Trustee, P. O. Box 2094, Fairhope, Alabama, 36633.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Comes now Lynn Harwell Andrews, the Trustee herein ("Trustee"), and objects to the claim of exemptions by the Debtor herein, and moves the Court to limit the Debtor's exemptions to the statutory amount. As grounds for this objection, the Trustee shows that the Debtor listed as an asset in this proceeding his pending lawsuit against Bridges Mortgage for wrongful foreclosure and claimed an exemption with regard to the lawsuit in the sum of $1.00. The lawsuit may have value in excess of the amount claimed as exempt.

WHEREFORE, the Trustee prays that this Court will sustain her objection to the Debtor's claim of exemptions herein, and that the Court will enter an order limiting the Debtor's claim of personal property exemptions to the statutory amount of $3,000.00, and limiting the Debtor's claim of exemption with regard to the pending lawsuit against Bridges Mortgage for wrongful foreclosure to the sum of $1.00.

Dated: October 26, 2009

*[signature: Lynn Andrews]*

LYNN HARWELL ANDREWS, Trustee
P. O. Box 2094
Fairhope, Alabama   36533
(251) 929-7922

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Trustee's objection to exemptions and motion to limit Debtor's exemptions was sent electronically or via U.S. First Class Mail, postage paid, to the following on this 26th day of October 2009.

*[signature: Lynn Andrews]*

LYNN HARWELL ANDREWS

Copies to:

Alan Roy Ryan
P. O. Box 851656
Mobile, AL 36685

Herman D. Padgett, Esq.
4317 Downtowner Loop North
Mobile, AL 36609