UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

ALAN ROY RYAN                              Case No. 09-12053-WSS-7

    Debtor(s).

**<u>ORDER</u>**

This matter came before the Court on the Objection of Lynn Harwell Andrews, the Trustee herein ("Trustee"), to the claim of exemptions by the Debtor herein. The objection to exemptions was served upon all interested parties, pursuant to the Bankruptcy Rules, with the negative notice legend informing them of their opportunity to object within 20 days of the date of service. No party filed a written objection stating a specific ground or grounds on which the objection is based within the time permitted. The Court considers the matter to be unopposed. The Court finds that the Objection should be sustained.

Therefore, it is ORDERED that the Trustee's Objection to the Debtor's claim of exemptions is SUSTAINED, and the Debtor's claim of personal property exemptions is limited to the statutory amount of $3,000.00, and the Debtor's claim of exemption with regards to the pending lawsuit against Bridges Mortgage for wrongful foreclosure is limited to the sum of $1.00.

Dated: November 17, 2009

/s/ William S. Shulman
WILLIAM S. SHULMAN
CHIEF U.S. BANKRUPTCY JUDGE