# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-12053  WSS  Judge: WILLIAM S. SHULMAN | | Trustee Name: | LYNN HARWELL ANDREWS |
| Case Name: | RYAN, ALAN ROY | | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | | 341(a) Meeting Date: | 06/08/09 |
| For Period Ending: 04/23/10 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 INTEREST IN ORDINARY HOUSEHOLD GOODS OTHER 1/2 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. PERSONAL CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. $500K TERM LIFE INSURANCE POLICY WITH FARMERS | 1.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 2001- PENDING LAWSUIT AGAINST BRIDGES MORTGAGE | 1.00 | Unknown | | 0.00 | Unknown |
| Debtor's claim of exemption limited to $1.00 C.O. 11-17-09 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 5. COMPUTER | 100.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| TOTALS (Excluding Unknown Values) | $1,202.00 | $0.00 | | $0.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending lawsuit against Bridges Mortgage for wrongful foreclosure.

Initial Projected Date of Final Report (TFR): 08/31/10    Current Projected Date of Final Report (TFR): 08/31/10

/s/   LYNN HARWELL ANDREWS
_____   Date: 04/23/10
       LYNN HARWELL ANDREWS